ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA  2013 AUG 26  A 9 35

DUBLIN DIVISION            CLERK

| | |
|---|---|
| T.T.M., <br> By Next Friend, LILLIE MINCEY, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting <br> Commissioner of Social Security <br> Administration, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CV 312-050 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 22). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Acting Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Acting Commissioner.

SO ORDERED this 26th day of August, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE